IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Kelley Godwin,

           Plaintiff,

      v.

First Reliance Standard Insurance Company,

           Defendant.

Civil Action

No. 1:23-cv-00262-FJS-TWD

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Kelley Godwin and defendant, First Reliance Standard Life Insurance Company (incorrectly identified as First Reliance Standard Insurance Company) hereby **AGREE AND STIPULATE** to the dismissal of the above captioned lawsuit, without prejudice with each party to bear its own costs.

Respectfully submitted,

BASCH & KEEGAN, LLP

BY:   *s/John A. DeGasperis*
      John A. DeGasperis, Esquire
      *Attorneys for Plaintiff*
      Office and P.O. Address
      307 Clinton Avenue
      P.O. Box 4235
      Kingston, New York 12402
      Telephone: (845) 338-8884

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

BY:   *s/Heather J. Austin (with permission)*
      Heather J. Austin, Esquire
      Joshua Bachrach, Esquire
      *Attorneys for Defendant*
      Two Commerce Square
      2001 Market Street, Suite 3100
      Philadelphia, PA 19103
      Telephone: (215) 627-6900

**IT IS SO ORDERED.**

BY THE COURT

Date: October 16, 2023

_____
Frederick J. Scullin, Jr.
Senior United States District Judge